United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. TURNER, | |
|     Plaintiff, | No. C 10-05932 JSW |
|   v. | **ORDER** |
| GENERAL ELECTRIC COMPANY, et al., | |
|     Defendants. | |

On July 5, 2012, this case was remanded from MDL-875. It is HEREBY ORDERED that the parties shall submit a joint status report to the Court by no later than September 28, 2012, advising the Court of the status of this litigation and how they intended to proceed in this Court.

**IT IS SO ORDERED.**

Dated: September 4, 2012

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE