ALAN R. BRAYTON, ESQ., CA S.B. #73685
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: GSloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'BRIEN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants.<br><br>In Re: DAVID DANIELS | No. 3:06-cv-03724-CRB<br><br>DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER<br><br>This document relates to:<br><br>*David Daniels v. General Electric Company, et al.*, United States District Court, Eastern District of Pennsylvania Case No. 2:09-cv-64019-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action with prejudice. Each party to bear its own fees and costs.

///
///
///
///
///

1
DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER

RECEIVED NOV 21 2013

| | | |
|---|---|---|
| 1 | Dated: August 8, 2013 | BRAYTON✜PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | GEOFF T. SLONIKER, S.B. #268049 |
| 6 | | Email: GSloniker@braytonlaw.com<br>Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247<br>Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 11/12/13 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: _____ for |
| 14 | | DEREK S. JOHNSON, S.B. #220988 |
| 15 | | Attorneys for Defendant<br>GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: NOV 2 2 2013 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | _____ |
| 23 | | United States District Court Judge |

2
DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER