**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY O'BRIEN, ) | No. 3:06-cv-03724-CRB |
| ) | |
| Plaintiff, ) | **ORDER GRANTING PLAINTIFF'S** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| vs. ) | **OF ENTIRE ACTION** |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| In Re: DAVID DANIELS ) | |
| ) | |
| ) | |

   **IT IS SO ORDERED**. All claims against all Defendants in DAVID DANIELS case only, are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  June 6, 2014         By: _____
                                  Charles R. Breyer
                                  United States District Judge