1  Edward R. Hugo [Bar No. 124839]
2  P. M. Bessette [Bar No. 127588]
   BRYDON HUGO & PARKER
3  135 Main Street, 20th Floor
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333
5  Email: service@bhplaw.com

6  Attorneys for Defendant
   GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'BRIEN,<br><br>            Plaintiff,<br>    vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>            Defendants. | Case No. 3:06-cv-03724-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

<u>CONSENT TO SUBSTITUTION</u>

I consent to the above substitution.

Dated: _____     By: _____
                                      GREGORY S. GALLOPOULOS

I consent to being substituted.

Dated: _____     By: _____
                                      GABRIEL A. JACKSON

I consent to the above substitution.

Dated: _____     By: _____
                                      EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: June __, 2014              By: _____
                                      HONORABLE CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

GRANTED
Judge Charles R. Breyer