1  GILBERT L. PURCELL, ESQ., S.B. #113603
   KIMBERLY J. CHU, ESQ., S.B. #206817
2  Email: kchu@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Facsimile)
6
7  Attorneys for Plaintiffs

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  JAMES MACK, | Case No. 3:10-cv-03165-CRB |
| 12  BEVERLEY JAMES LOWE, | Case No. 3:12-cv-05227-CRB |
| 14  KERRY O'BRIEN | Case No. 3:06-cv-03724-CRB |
| 16       Plaintiffs, | ORDER ALLOWING TRIAL EQUIPMENT |
| 17  vs. | |
| 18  GENERAL ELECTRIC COMPANY, *et al.*, | Trial Date: August 18, 2014<br>Judge: Hon. Charles R. Breyer<br>Courtroom 6 - 17th Floor |
| 19       Defendants.<br>20       Plaintiffs, | |

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Plaintiffs require the following items to be allowed into the above courtroom on or before August18, 2014 for trial setup, as well as for trial commencing on August 18, 2014:

Plaintiffs' Exhibit binders

Richard Cohen Binders

Laptops (2)

Exemplar:  Thermal Tape w/ Amosite Filler

Exemplar:  Eagle Pitcher Insulating Cement

Exemplar:  Unibestos Pipe Covering

Exemplar:  Pabco Block Insulation

Exemplar:  Asbestos Cloth (Blue Grade A  85% Crysotile)

Exemplar:  Asbestos Cloth (Green Grade C 95% Crysotile)

Exemplar:  Asbestos Pipe Insulation

Exemplar:  Asbestos Blanket

Exemplar:  Unibestos Unarco Pipe Covering 3ft Long

Exemplar:  Cal- Sil 1/2 Round Pipe Covering 3ft Long

ELMO

DVD player

VCR

Speakers (2)

Easels (2)

Box of easel pads (2)

Screen

Projector

Trial Boards

Tool box

AV cords (4)

Stapler

Asbestos sample

K:\Injured\107899\FED\PLD\ord setup.wpd                                        1
[PROPOSED] ORDER ALLOWING TRIAL EQUIPMENT

1. Remotes for VCR, DVD, Projector and ELMO
2. Packing tape
3. Scotch tape
4. Box of felt pens
5. Extension cord
6. Table
7. Power strip

Dated: August 12, 2014

BRAYTON❖PURCELL LLP

By: s/ Kimberly J. Chu
Kimberly J. Chu, Esq., S.B. #206817
Email: kchu@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: August 12, 2014

Charles Breyer
United S...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)