IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**O'BRIEN**,

**MACK**,

**LOWE**

Plaintiff,

v.

**GENERAL DYNAMICS**

Defendant.

No. **C-06-3724CRB**

**C-10-3165CRB**

**C-12-5227CRB**

**ORDER**

IT IS HEREBY ORDERED that the District Clerk shall furnish a continental breakfast beginning <u>Monday, August 18, 2014</u>, and until conclusion of the trial for the <u>8</u> members of the jury in the above-entitled matter at the expense of the United States District Court.

Dated: August 15 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\juryrefreshemnts\docs